✎AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

REC'D by _____ D.C.

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Florida

APR 0 7 2008

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| WILFRANK MERIZIER | ) | Case No: 97-14008 CR |
| | ) | USM No: 40825-004 |
| Date of Previous Judgment: 06/09/1998 | ) | PRO SE |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __151 MONTHS__ months **is reduced to** __121 MONTHS__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 32 | Amended Offense Level: | 30 | |
| Criminal History Category: | III | Criminal History Category: | III | |
| Previous Guideline Range: | 151 to 188 months | Amended Guideline Range: | 121 to 151 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a "TIME SERVED" sentence. If defendant is due for immediate release, such release is shall be delayed for 10 calendar days from the date of this order.

Except as provided above, all provisions of the judgment date __June 9, 1998__ shall remain in effect.
**IT IS SO ORDERED.**
Order Date: __4/7/08__

Judge's signature

Effective Date: __04/17/2008__
(if different from order date)

Donald M. Middlebrooks, U.S.D.J.
Printed name and title